AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marvetia Lynn Richardson, Latoya Norman; Samonia Nelson-Calip; and Lamona Nelson, as guardian ad litem for "KC," a minor,<br><br>Plaintiffs<br>v.<br>City of Antioch: City of Antioch Police Dept; Police Chief James Hyde; Officer Santiago Martinez, Jr.; Officer Jason Vanderpool; Officer Jason Joannindes; Sgt. Thomas Fuhrman; and DOES 1 to 100, inclusive   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.   **JSW**<br>)<br>)<br>)<br>)  CV 08   3470<br>) |

**Summons in a Civil Action**

To: Officer Jason Joannindes, individually and in his official capacity

*(Defendant's name)*

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred G. Meis, Esq.
Quinton B. Cutlip, Esq.
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA  94104
(415) 981-4612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 1 8 2008

Richard W. Wieking
Name of clerk of court

Date: _____

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

Marvetia Lynn Richardson, Latoya Norman; )
Samonia Nelson-Calip; and Lamona Nelson, as )
guardian ad litem for "KC," a minor, )
)
)
Plaintiffs )
v. ) Civil Action No.
City of Antioch: City of Antioch Police Dept; )
Police Chief James Hyde; Officer Santiago ) CV 08 3470
Martinez, Jr.; Officer Jason Vanderpool; Officer )
Jason Joannindes; Sgt. Thomas Fuhrman; and DOES )
1 to 100, inclusive   Defendants )

JSW

**Summons in a Civil Action**

To: Officer Jason Vanderpool, individually and in his official capacity

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred G. Meis, Esq.
Quinton B. Cutlip, Esq.
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA 94104
(415) 981-4612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 1 8 2008

ANNA SPRINKLES

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

Marvetia Lynn Richardson, Latoya Norman; )
Samonia Nelson-Calip; and Lamona Nelson, as )
guardian ad litem for "KC," a minor, )
)
)
Plaintiffs )
v. )  Civil Action No.
City of Antioch: City of Antioch Police Dept; )
Police Chief James Hyde; Officer Santiago )
Martinez, Jr.; Officer Jason Vanderpool; Officer )  CV 08  3470  JSW
Jason Joannindes; Sgt. Thomas Fuhrman; and DOES )
1 to 100, inclusive  Defendants )

**Summons in a Civil Action**

To: Officer Santiago Martinez, Jr., individually and in his official capacity

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred G. Meis, Esq.
Quinton B. Cutlip, Esq.
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA 94104
(415) 981-4612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____  ANNA SPRINKLES
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

Marvetia Lynn Richardson, Latoya Norman; Samonia Nelson-Calip; and Lamona Nelson, as guardian ad litem for "KC," a minor, )
)
)
)
)
Plaintiffs )
v. )
City of Antioch: City of Antioch Police Dept; Police Chief James Hyde; Officer Santiago Martinez, Jr.; Officer Jason Vanderpool; Officer Jason Joannindes; Sgt. Thomas Fuhrman; and DOES 1 to 100 inclusive Defendants )
)
)
)
)
)

Civil Action No.

CV 08

JSW
3470

**Summons in a Civil Action**

To: Police Chief James Hyde, individually and in his official capacity

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred G. Meis, Esq.
Quinton B. Cutlip, Esq.
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA  94104
(415) 981-4612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 1 8 2008

Richard W. Wieking
Name of clerk of court

Date: _____

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

Marvetia Lynn Richardson, Latoya Norman; )
Samonia Nelson-Calip; and Lamona Nelson, as )
guardian ad litem for "KC," a minor, )
)
)
Plaintiffs )
v. )  Civil Action No.
City of Antioch: City of Antioch Police Dept; )
Police Chief James Hyde; Officer Santiago )     **JSW**
Martinez, Jr.; Officer Jason Vanderpool; Officer )  **CV 08    3470**
Jason Joannindes; Sgt. Thomas Fuhrman; and DOES )
1 to 100, inclusive  Defendants )

**Summons in a Civil Action**

To: City of Antioch Police Dept.

*(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred G. Meis, Esq.
Quinton B. Cutlip, Esq.
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA  94104
(415) 981-4612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 1 8 2008

Date: _____

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

### NORTHERN DISTRICT OF CALIFORNIA

Marvetia Lynn Richardson, Latoya Norman; )
Samonia Nelson-Calip; and Lamona Nelson, as )
guardian ad litem for "KC," a minor, )
)
)
Plaintiffs )
v. ) Civil Action No.
City of Antioch: City of Antioch Police Dept; )
Police Chief James Hyde; Officer Santiago )
Martinez, Jr.; Officer Jason Vanderpool; Officer ) **CV 08    3470**
Jason Joannindes; Sgt. Thomas Fuhrman; and DOES )
_1 to 100, inclusive_ Defendants )
**JSW**

**Summons in a Civil Action**

To:  City of Antioch

*(Defendant's name)*

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred G. Meis, Esq.
Quinton B. Cutlip, Esq.
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA  94104
(415) 981-4612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  JUL 18 2008                                **ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

Marvetia Lynn Richardson, Latoya Norman; )
Samonia Nelson-Calip; and Lamona Nelson, as )
guardian ad litem for "KC," a minor, )
)
)
Plaintiffs )
v. ) Civil Action No.
City of Antioch: City of Antioch Police Dept; )
Police Chief James Hyde; Officer Santiago ) CV 08    3470
Martinez, Jr.; Officer Jason Vanderpool; Officer )
Jason Joannindes; Sgt. Thomas Fuhrman; and DOES )
1 to 100, inclusive   Defendants )

**JSW**

**Summons in a Civil Action**

To: Sgt. Thomas Fuhrman, individually and in his official capacity

*(Defendant's name)*

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred G. Meis, Esq.
Quinton B. Cutlip, Esq.
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA  94104
(415) 981-4612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

ANNA SPRINKLES
Name of clerk of court

Date: _____
JUL 18 2008

ANNA SPRINKLES
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*