FRED G. MEIS, ESQ., STATE BAR NO. 030712
QUINTON B. CUTLIP, ESQ., STATE BAR NO. 168030
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 981-4612
Facsimile: (415) 398-5060

Attorneys for Plaintiffs:
MARVETIA "LYNN" RICHARDSON;
LATOYA NORMAN; SAMONIA NELSON-CALIP,
And LAMONA NELSON as guardian ad litem for "KC," a minor.

**RECEIVED**
JUL 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JSW**

| | |
|---|---|
| MARVETIA "LYNN" RICHARDSON; LATOYA NORMAN; SAMONIA NELSON-CALIP, and LAMONA NELSON as guardian ad litem for "KC," a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH; CITY OF ANTIOCH POLICE DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER SANTIAGO MARTINEZ, JR; OFFICER JASON VANDERPOOL OFFICER JASON JOANNINDES; SGT. THOMAS FUHRMANN and DOES 1 TO 100, inclusive.<br><br>Defendants. | Case No.<br><br>**CV 08    3470**<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM; STATEMENT OF COUNSEL; CONSENT OF NOMINEE; AND **ORDER** |

### PETITION BY MINOR OVER AGE 14

Petitioner states as follows:

    1.    I am a minor. I am currently weeks away from being 16 years old.

    2.    I am about to commence an action in this court against the defendants listed above.

---

1

Petition for Guardian ad Litem ....

3. My claims against these defendants resulted from violations of my federal civil rights and my rights under the laws of the State of California. A copy of my complaint is being filed with this petition.

4. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

5. My natural sister LAMONA NELSON, whose address is 27505 Tampa Avenue, Hayward, CA 94544, is a competent adult and a responsible person. She is 22 years old. She is fully competent to act as my guardian ad litem for purposes of this litigation, until I become 18 years old.

6. I request that the Court appoint LAMONA NELSON as my guardian ad litem.

Dated: July 10, 2008        By: _____
                                 "KC"
                            (Only initials used pursuant to FRCP 5.2(a)(3))

## STATEMENT OF COUNSEL

I, Quinton B. Cutlip, state:

1. I am an attorney at law who is duly licensed to practice before the courts of the State of California. I am also admitted to practice before the United States District Court for the Northern District of California. I am an attorney of record for the plaintiffs in this action.

2. As indicated in the consent attached, hereto, LAMONA NELSON has consented to act as guardian ad litem for "KC."

3. It has been my experience that some courts disfavor appointing a person as guardian ad litem for a child if that person also has his or her own individual claims in the litigation. LAMONA NELSON was chosen to be guardian ad litem because she does not have

any other interest in this litigation or individual claim for damages in this action. "KC's" natural mother, SAMONIA NELSON, was present when the defendants committed their tortious acts. So, SAMONIA NELSON is an individually named plaintiff in this action.

4. WHEREFORE, petitioner moves this court for an order appointing LAMONA NELSON as guardian ad litem of petitioner "KC" for the purpose of bringing an action against the defendants identified above.

Dated: July 10, 2008

MEIS & ASSOCIATES

By _____
Quinton B. Cutlip
For Plaintiffs MARVETIA "LYNN" RICHARDSON, LATOYA NORMAN, SAMONIA NELSON-CALIP, & LAMONA NELSON, guardian ad litem for "KC"

### CONSENT OF NOMINEE

I, LAMONA NELSON, the nominee of the Petitioner, consent to act as guardian ad litem for my sister "KC" until she turns 18 years of age or until this action is concluded, whichever is first.

Dated: July 10, 2008      By: _____
LAMONA NELSON

### ORDER

The petition for an order appointing LAMONA NELSON as guardian ad litem for petitioner "KC" is GRANTED.

IT IS SO ORDERED.

Dated: AUG 0 7 2008      By: _____
Judge of the United States District Court for the Northern District of California.

---

3

Petition for Guardian ad Litem ....