≋AO 440 (Rev. 8/01) Summons in a Civil Action

FILED  C08-3470 SW
08 AUG 15 PH 1:58

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/12/2008 |
| NAME OF SERVER *(PRINT)* <br> Paul Conrad | TITLE <br> Registered Process Server, County of San Francisco, Reg. # 847 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   Antioch Police Department, 300 L Street, Antioch, Ca. 94509

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/2008
             Date              *Signature of Server*

681 Harrison Street, San Francisco, Ca. 94107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

FILED C08 3470 JSW

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/12/2008  08 AUG 15 PM 1:58 |
| NAME OF SERVER (PRINT)<br>Paul Conrad | TITLE | Registered Process Server, County of San Francisco, Reg. # 847 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   Antioch Police Department, 300 L Street, Antioch, Ca. 94509

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/12/2008
             Date                    Signature of Server

681 Harrison Street, San Francisco, Ca. 94107
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address)<br>Fred G. Meis, Esq. (SBN: 030702)<br>MEIS & ASSOCIATES<br>100 Bush Street, Suite 1800<br>San Francisco, CA. 94104<br>TELEPHONE NO.: (415) 981-4612       FAX NO.:<br>ATTORNEY FOR: Marvetia Lynn Richardson, et al. | FOR COURT USE ONLY |
| Plaintiff/Petitioner: Marvetia Lynn Richardson, et al.<br>v.<br>Defendant/Respondent: City of Antioch, et al. | CASE NUMBER: |
| **DECLARATION OF SERVICE** | CV 08 3470 |

AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF:

Summons in a Civil Case
Complaint
Civil Case Cover Sheet
Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement
Amended Order Setting Initial Case Management Conference and ADR Deadlines
Petition for Appointment of Guardian Ad Litem, Statement of Counsel, Consent of Nominee, and Order
Pamphlet "Welcome to the U.S. District Court"
ECF Registration Information Handout
Pamphlet "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California."

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Allan Cantando, Captain, on behalf of Officer Santiago Martinez, Jr.**

ON: 08/12/2008
AT: 9:19am

Name Paul Conrad
County: San Francisco
Registration No.: 847
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct, that at the time of each of these attempts and service, I was over the age of 18 years and not a party to this action. Declaration executed on 08/12/2008

Signature: _____
Paul Conrad

DECLARATION OF SERVICE

◈AO 440 (Rev. 8/01) Summons in a Civil Action

FILED   C08 3470JSW

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/12/2008 |
| NAME OF SERVER (PRINT) Paul Conrad | TITLE Registered Process Server, County of San Francisco, Reg. # 847 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

   Antioch Police Department, 300 L Street, Antioch, Ca. 94509

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $125.00 | TOTAL $125.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/12/2008
                  Date                    *Signature of Server*

                                          681 Harrison Street, San Francisco, Ca. 94107
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State number, and address) | FOR COURT USE ONLY |
|---|---|
| Fred C. Meis, Esq. (SBN: 030702)<br>MEIS & ASSOCIATES<br>100 Bush Street, Suite 1800<br>San Francisco, CA. 94104<br>TELEPHONE NO.: (415) 981-4612   FAX NO.:<br>ATTORNEY FOR: Marvetia Lynn Richardson, et al. | |
| Plaintiff/Petitioner: Marvetia Lynn Richardson, et al.<br>v.<br>Defendant/Respondent: City of Antioch, et al. | CASE NUMBER: |
| **DECLARATION OF SERVICE** | CV 08 3470 |

AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF:

Summons in a Civil Case
Complaint
Civil Case Cover Sheet
Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement
Amended Order Setting Initial Case Management Conference and ADR Deadlines
Petition for Appointment of Guardian Ad Litem, Statement of Counsel, Consent of Nominee, and Order
Pamphlet "Welcome to the U.S. District Court"
ECF Registration Information Handout
Pamphlet "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California."

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Allan Cantando, Captain, on behalf of the City of Antioch Police Department**

ON: 08/12/2008
AT: 9:19am

Name Paul Conrad
County: San Francisco
Registration No.: 847
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct, that at the time of each of these attempts and service, I was over the age of 18 years and not a party to this action. Declaration executed on 08/12/2008

Signature: _____
Paul Conrad

DECLARATION OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action

C08-3470 JSW

08 AUG 15 PM 1:58

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/12/2008 |
| NAME OF SERVER (PRINT)<br>Paul Conrad | TITLE<br>Registered Process Server, County of San Francisco, Reg. # 847 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  Antioch Police Department, 300 L Street, Antioch, Ca. 94509

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$25.00 | TOTAL<br>$25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/12/2008___   _____
                Date            *Signature of Server*

681 Harrison Street, San Francisco, Ca. 94107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Fred G. Meis, Esq. (SBN: 030702)<br>MEIS & ASSOCIATES<br>100 Bush Street, Suite 1800<br>San Francisco, CA. 94104<br>TELEPHONE NO.: (415) 981-4612    FAX NO.:<br>ATTORNEY FOR: Marvetia Lynn Richardson, et al. | |
| Plaintiff/Petitioner: Marvetia Lynn Richardson, et al.<br>v.<br>Defendant/Respondent: City of Antioch, et al. | CASE NUMBER: |
| **DECLARATION OF SERVICE** | CV 08 3470 |

AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF:

Summons in a Civil Case
Complaint
Civil Case Cover Sheet
Order Setting Case Management Conference and Requiring Joint Case
Management Conference Statement
Amended Order Setting Initial Case Management Conference and ADR
Deadlines
Petition for Appointment of Guardian Ad Litem, Statement of Counsel,
Consent of Nominee, and Order
Pamphlet "Welcome to the U.S. District Court"
ECF Registration Information Handout
Pamphlet "Consenting to a Magistrate Judge's Jurisdiction in the
Northern District of California."


IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

Allan Cantando, Captain, on behalf of Officer Jason Joannindes

ON: 08/12/2008
AT: 9:19am


Name Paul Conrad
County: San Francisco
Registration No.: 847
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct, that at the time of each of these attempts and service, I was over the age of 18 years and not a party to this action. Declaration executed on 08/12/2008

Signature: _____
Paul Conrad

DECLARATION OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/12/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Paul Conrad | Registered Process Server, County of San Francisco, Reg. # 847 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   Antioch Police Department, 300 L Street, Antioch, Ca. 94509

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/12/2008
             Date             Signature of Server

681 Harrison Street, San Francisco, Ca. 94107
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State number, and address) | FOR COURT USE ONLY |
|---|---|
| Fred G. Meis, Esq. (SBN: 030702)<br>MEIS & ASSOCIATES<br>100 Bush Street, Suite 1800<br>San Francisco, CA. 94104<br>TELEPHONE NO.: (415) 981-4612    FAX NO.:<br>ATTORNEY FOR: Marvetia Lynn Richardson, et al. | |

| Plaintiff/Petitioner: Marvetia Lynn Richardson, et al.<br>v.<br>Defendant/Respondent: City of Antioch, et al. | CASE NUMBER: |
|---|---|
| **DECLARATION OF SERVICE** | CV 08 3470 |

AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF:

Summons in a Civil Case
Complaint
Civil Case Cover Sheet
Order Setting Case Management Conference and Requiring Joint Case
Management Conference Statement
Amended Order Setting Initial Case Management Conference and ADR
Deadlines
Petition for Appointment of Guardian Ad Litem, Statement of Counsel,
Consent of Nominee, and Order
Pamphlet "Welcome to the U.S. District Court"
ECF Registration Information Handout
Pamphlet "Consenting to a Magistrate Judge's Jurisdiction in the
Northern District of California."

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Allan Cantando, Captain, on behalf of Police Chief James Hyde**

ON: 08/12/2008
AT: 9:19am

Name Paul Conrad
County: San Francisco
Registration No.: 847
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct, that at the time of each of these attempts and service, I was over the age of 18 years and not a party to this action. Declaration executed on 08/12/2008

Signature: _____
Paul Conrad

DECLARATION OF SERVICE

◈AO 440 (Rev. 8/01) Summons in a Civil Action

FILED (08 3470 JSW

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/12/2008 |
| NAME OF SERVER *(PRINT)* <br> Paul Conrad | TITLE | Registered Process Server; County of San Francisco, Reg. # 847 |

08 AUG 15 PM 1:58

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
 Antioch Police Department, 300 L Street, Antioch, Ca. 94509

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/12/2008___    _____[signature]_____
 Date     *Signature of Server*

 681 Harrison Street, San Francisco, Ca. 94107
 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State number, and address) | FOR COURT USE ONLY |
|---|---|
| Fred G. Meis, Esq. (SBN: 030702)<br>MEIS & ASSOCIATES<br>100 Bush Street, Suite 1800<br>San Francisco, CA. 94104<br>TELEPHONE NO.: (415) 981-4612   FAX NO.:<br>ATTORNEY FOR: Marvetia Lynn Richardson, et al. | |
| Plaintiff/Petitioner: Marvetia Lynn Richardson, et al.<br>v.<br>Defendant/Respondent: City of Antioch, et al. | CASE NUMBER: |
| **DECLARATION OF SERVICE** | CV 08 3470 |

AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF:

Summons in a Civil Case
Complaint
Civil Case Cover Sheet
Order Setting Case Management Conference and Requiring Joint Case
Management Conference Statement
Amended Order Setting Initial Case Management Conference and ADR
Deadlines
Petition for Appointment of Guardian Ad Litem, Statement of Counsel,
Consent of Nominee, and Order
Pamphlet "Welcome to the U.S. District Court"
ECF Registration Information Handout
Pamphlet "Consenting to a Magistrate Judge's Jurisdiction in the
Northern District of California."

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

Allan Cantando, Captain, on behalf of Sargeant Thomas Fuhrman

ON: 08/12/2008
AT: 9:19am

Name Paul Conrad
County: San Francisco
Registration No.: 847
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct, that at the time of each of these attempts and service, I was over the age of 18 years and not a party to this action. Declaration executed on 08/12/2008

Signature: _____
Paul Conrad

DECLARATION OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action

FILED C08 3470 JSW

08 AUG 15 PM 1:58

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/12/2008 |
| NAME OF SERVER (PRINT) Paul Conrad | TITLE | Registered Process Server, County of San Francisco, Reg. # 847 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Antioch City Attorney, 200 H Street, Antioch, Ca. 94509

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $125.00 | TOTAL $125.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/12/2008___
           Date                    *Signature of Server*

681 Harrison Street, San Francisco, Ca. 94107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address)<br>Fred G. Meis, Esq. (SBN: 030702)<br>MEIS & ASSOCIATES<br>100 Bush Street, Suite 1800<br>San Francisco, CA. 94104<br>TELEPHONE NO.: (415) 981-4612    FAX NO.:<br>ATTORNEY FOR: Marvetia Lynn Richardson, et al. | FOR COURT USE ONLY |
| Plaintiff/Petitioner: Marvetia Lynn Richardson, et al.<br>v.<br>Defendant/Respondent: City of Antioch, et al. | CASE NUMBER: |
| **DECLARATION OF SERVICE** | CV 08 3470 |

AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF:

Summons in a Civil Case
Complaint
Civil Case Cover Sheet
Order Setting Case Management Conference and Requiring Joint Case
Management Conference Statement
Amended Order Setting Initial Case Management Conference and ADR
Deadlines
Petition for Appointment of Guardian Ad Litem, Statement of Counsel,
Consent of Nominee, and Order
Pamphlet "Welcome to the U.S. District Court"
ECF Registration Information Handout
Pamphlet "Consenting to a Magistrate Judge's Jurisdiction in the
Northern District of California."

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Sharon Daniels, Legal Secretary, on behalf of the City of Antioch**

ON: 08/12/2008
AT: 9:45am

Name Paul Conrad
County: San Francisco
Registration No.: 847
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct, that at the time of each of these attempts and service, I was over the age of 18 years and not a party to this action. Declaration executed on 08/12/2008

Signature: _____
Paul Conrad

DECLARATION OF SERVICE