IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVETIA LYNN RICHARDSON, et al., | No. C 08-3470 MEJ |
| Plaintiff(s), | **ORDER AFTER SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF ANTIOCH, et al., | |
| Defendant(s). | |

On March 9, 2009, the undersigned magistrate judge conducted a settlement conference in this case. A further settlement conference is now scheduled on October 6, 2009. (Dkt. #21.) In preparation for the further settlement conference, the Court hereby ORDERS as follows:

1) The depositions of all named parties shall be completed by August 25, 2009.

2) By September 1, 2009, the parties shall deliver to the undersigned's chambers a written transcript of all depositions.

3) By September 1, 2009, the parties shall deliver to the undersigned's chambers a written transcript of the recording, submitted as Exhibit A to Defendants' settlement conference statement, of the June 7, 2007 incident.

4) By September 1, 2009, the parties may deliver supplemental settlement conference statements regarding the search issue discussed at the March 9 conference.

**IT IS SO ORDERED.**

Dated: March 9, 2009

MARIA-ELENA JAMES
United States Magistrate Judge