UNITED STATES DISTRICT COURT

Northern District of California

MARVETIA LYNN RICHARDSON,

           Plaintiff(s),          No. C 08-03470 JSW (MEJ)

  v.

CITY OF ANTIOCH,          **ORDER RE AUGUST 4, 2009 JOINT LETTER [Dkt. #28]**

           Defendant(s).
_____/

The Court is in receipt of the parties' August 4, 2009 joint letter regarding the potential scheduling conflicts affecting the parties' ability to comply with the Court's March 9, 2009 Order After Settlement Conference. Because some uncertainty still exists regarding whether defense counsel will be in trial before Judge Chesney, the Court **ORDERS** the parties to file a joint letter following the pre-trial conference on August 20, 2009 advising the Court as to whether that trial will go forward and proposing any changes to the deadlines set in the Court's March 9, 2009 Order that the parties would like the Court to consider.

**IT IS SO ORDERED.**

Dated: August 4, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge