JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH; CITY OF ANTIOCH POLICE
DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER
SANTIAGO MARTINEZ, JR.; OFFICER JASON
VANDERPOOL; OFFICER JASON JOANNINDES; SGT.
THOMAS FUHRMANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVETIA LYNN RICHARDSON; LATOYA NORMAN; SAMONIA NELSON-CALIP; and LAMONA NELSON as guardian ad litem for "KC", a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH et al.<br><br>Defendants. | Case No. CV08-3470 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL DEADLINES**<br><br>Judge: Hon. Jeffrey S. White<br>Dept: Courtroom 2, 17th Floor (SF)<br><br>Trial: September 20, 2010<br>PTC: August 30, 2010 |

IT IS HEREBY STIPULATED between the parties as follows:

WHEREAS by Pretrial Order ("Order") dated 10/20/09 (Document No. 35), discovery deadlines, a dispositive motion hearing deadline, pretrial and trial dates were initially set in this case;

WHEREAS per that Order, fact discovery is set to close on January 22, 2010, and expert discovery is set to close on April 9, 2010. The trial of this matter is currently set for September 20, 2010, and the pretrial conference is set for August 30, 2010. Though no expert disclosure deadlines were included in the Order, at the case management conference, the Court agreed with the parties' proposed deadlines and ordered the disclosure of experts on February 12, 2010, and

1  rebuttal disclosure on March 12, 2010, though this has not been formally memorialized by the Court in any order;

WHEREAS a further case management conference is set in this matter for March 12, 2010, with a joint statement due one week prior;

WHEREAS the parties have run into some unforeseen discovery setbacks in this matter due to no fault of their own. The unavailability of several Defendant officers around the 2009 holidays in December to complete their prior depositions, Defendants being unable to locate three witnesses to the incident for deposition despite exhaustive efforts, as well as the trial schedule of the undersigned lead trial counsel for Defendants, as further explained below.

WHEREAS discovery depositions could not be had or scheduled in the latter half of November due to the trial by the undersigned defense counsel with Judge Illston in the matter of *DeArmand E. et al. v. City of Antioch et al.* (C08-01709 SI) (hereafter "*DeArmand* case "), trial of which was scheduled to begin on November 16, 2009, which resolved after selection of the jury, and depositions could not occur in early November due to expert and other depositions being finalized in that *DeArmand* matter.

WHEREAS the undersigned defense counsel is set for a two plus week civil rights wrongful death trial before Hon. Judge Maria-Elena James on January 11, 2010, in the matter of *Stringer et al. v. City of San Pablo, et al*, (C07-3544 MEJ) ("*Stringer* case"), a matter that will not resolve and the Court has indicated will likely be going forward on that date. The trial date in *Stringer* is the third such trial setting in that case.

WHEREAS due to the Thanksgiving and December holidays, as well as the fact that the two undersigned defense counsel will both be in trial for most of January 2010, discovery in this above entitled action cannot feasibly be completed by the current deadline of January 22, 2010, despite the parties' best efforts. Plaintiffs need to complete the depositions of two named officers, to take Chief Hyde's deposition and also to take the depositions of persons most knowledgeable of Defendants on various topics. Defendants have taken all of the Plaintiffs' depositions and both parties likely have only a few third-party witness depositions to complete.

STIPULATION AND ORDER CONTINUING  2
PRETRIAL DEADLINES- CV08-3470 JSW

1  WHEREAS counsel on both sides of this matter have met and conferred and have agreed
2  to a proposed plan to continue several of the discovery deadlines so as to not impact the
3  dispositive motion deadlines, the pretrial conference and trial dates to allow time for the
4  completion of this necessary discovery.

5  WHEREAS the parties have not previously continued any of the discovery deadlines in
6  this matter and this is the first such request.

7  Good cause is present to briefly extend the currently set discovery deadlines as follows:

| **Deadline Description** | **Current Date** | **Proposed Modified Date** |
|---|---|---|
| Close of Non-Expert Discovery | 1-22-10 | 2-26-10 |
| Expert Disclosure | 2-12-10 | 3-10-10 |
| Rebuttal Expert Disclosure | 3-12-10 | 3-22-10 |
| Case Management Conference | 3-12-10 | No change. |
| Close of Expert Discovery | 4-9-10 | 4-16-10 |
| Last Day to Hear Dispositive Motions | 6-18-10 | No change. |
| Pretrial Conference | 8-30-10 | No change. |
| Trial Date | 9-20-10 | No change. |

**IT IS SO STIPULATED.**

Dated: January 4, 2010        McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF ANTIOCH; CITY OF ANTIOCH POLICE DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER SANTIAGO MARTINEZ, JR.; OFFICER JASON VANDERPOOL; OFFICER JASON JOANNIDES; SGT. THOMAS FUHRMANN

Dated: January ___, 2010        MEIS & ASSOCIATES

By: See attached
Fred Meis
Quinton B. Cutlip
Attorneys for Plaintiffs

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

WHEREAS counsel on both sides of this matter have met and conferred and have agreed to a proposed plan to continue several of the discovery deadlines so as to not impact the dispositive motion deadlines, the pretrial conference and trial dates to allow time for the completion of this necessary discovery.

WHEREAS the parties have not previously continued any of the discovery deadlines in this matter and this is the first such request.

Good cause is present to briefly extend the currently set discovery deadlines as follows:

| Deadline Description | Current Date | Proposed Modified Date |
| --- | --- | --- |
| Close of Non-Expert Discovery | 1-22-10 | 2-26-10 |
| Expert Disclosure | 2-12-10 | 3-10-10 |
| Rebuttal Expert Disclosure | 3-12-10 | 3-22-10 |
| Case Management Conference | 3-12-10 | No change. |
| Close of Expert Discovery | 4-9-10 | 4-16-10 |
| Last Day to Hear Dispositive Motions | 6-18-10 | No change. |
| Pretrial Conference | 8-30-10 | No change. |
| Trial Date | 9-20-10 | No change. |

IT IS SO STIPULATED.

Dated: January ___, 2010        McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF ANTIOCH; CITY OF ANTIOCH POLICE DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER SANTIAGO MARTINEZ, JR.; OFFICER JASON VANDERPOOL; OFFICER JASON JOANNINDES; SGT. THOMAS FUHRMANN

Dated: January 4, 2010          MEIS & ASSOCIATES

By: _____
Fred Meis
Quinton B. Cutlip
Attorneys for Plaintiffs

STIPULATION AND ORDER CONTINUING        3
PRETRIAL DEADLINES- CV08-3470 JSW

**ORDER**

The parties proposed schedule agreed to herein shall be ordered as follows:

| Deadline Description | New Deadline |
|---|---|
| Close of Non-Expert Discovery | 2-26-10 |
| Expert Disclosure | 3-10-10 |
| Rebuttal Expert Disclosure | 3-22-10 |
| Further Case Management Conference | No change (3-12-10). |
| Close of Expert Discovery | 4-16-10 |
| Last Day to Hear Dispositive Motions | No change (6-18-10). |
| Pretrial Conference | No change (8-30-10). |
| Trial Date | No change (9-20-10). |

**IT IS SO ORDERED.**

Dated: January 5, 2010     By: _Jeffrey S White_
Honorable Hon. Jeffrey S. White
United States District Court Judge