JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH; CITY OF ANTIOCH POLICE
DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER
SANTIAGO MARTINEZ, JR.; OFFICER JASON
VANDERPOOL; OFFICER JASON JOANNINDES; SGT.
THOMAS FUHRMANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVETIA LYNN RICHARDSON; LATOYA NORMAN; SAMONIA NELSON-CALIP; and LAMONA NELSON asguardian ad litem for "KC", a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH; CITY OF ANTIOCH POLICE DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER SANTIAGO MARTINEZ, JR.; OFFICER JASON VANDERPOOL; OFFICER JASON JOANNINDES; SGT. THOMAS FUHRMANN and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV08 3470 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO EXCEED PAGE LIMITATION FOR DISPOSITIVE MOTIONS**<br><br><br>Judge: Hon. Jeffrey S. White<br>Location:   Courtroom 11<br>                   450 Golden Gate Ave.,<br>                   19th Floor,<br>                   San Francisco, CA<br><br>Trial Date:  September 20, 2010 |

IT IS HEREBY STIPULATED between the parties as follows:

1. Defendants intend to file a motion for partial summary judgment in this factually intensive case. Plaintiffs' complaint contains 13 counts that involve various federal and state claims. Defendants denied the allegations in all 13 of plaintiffs' counts and also asserted 19 affirmative

defenses. There are four separate plaintiffs, four separate individual defendants, and one governmental defendant. Certain factual allegations are common to all plaintiffs and all defendants, but other allegations are specific to particular plaintiffs and particular defendants. Plaintiffs are planning to file a cross-motion for partial summary judgment against the Defendants.

2. N.D. Civil Local Rule 7-2(b) expressly limits motion briefs to 25 pages in length. The parties will work diligently to limit their motions to the most pressing facts and arguments. However, given the extensive factual and legal issues in this case, as well as the number of named Plaintiffs and Defendants, the parties agree that it is prudent and necessary to seek leave from this Court to allow each side an extra 5 pages for their opening briefs and opposition briefs in order to adequately address all issues in their motions for partial summary judgment. A 25-page limit will not be sufficient properly lay out all essential facts and arguments and to adequately discuss the versatile and extensive legal issues at issue in this case.

3. The parties respectfully request an order from this Court granting their stipulated request to increase the length of their respective motions for partial summary judgment and their respective oppositions by 5 pages to a total of 30 pages, if needed.

4. The parties' request is equally reasonable, warranted and necessary to allow them a fair and adequate opportunity to present all their moving arguments to the Court. The request is also reasonable in that it exceeds the allowable page limit by only 5 pages maximum.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 13, 2010

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants

Dated: April 13, 2010

MEIS & ASSOCIATES

By: _____
Quinton Cutlip
Attorneys for Plaintiffs

Case No. CV08 3470 JSW - STIPULATION AND ORDER
FOR LEAVE TO EXCEED PAGE LIMITATION FOR
DISPOSITIVE MOTIONS

2

**ORDER**

The parties have demonstrated good cause to allow both parties to exceed the allowable page limit for their respective motions and oppositions for summary judgment / partial summary judgment per N.D. Civil Local Rule 7-2(b) by 5 pages, to a total of 30 pages, if needed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 16, 2010

*[signature]*
Hon. Jeffrey S. White
United States District Court Judge