**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVETIA LYNN RICHARDSON, LATOYA NORMAN, SAMONIA NELSON-CALIP and LAMONA NELSON as guardian ad litem for "KC," a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH, CITY OF ANTIOCH POLICE DEPARTMENT, POLICE CHIEF JAMES HYDE, OFFICER SANTIAGO MARTINEZ, JR, OFFICER JASON VANDERPOOL, OFFICER JASON JOANNINDES, SGT. THOMAS FUHRMANN and DOES 1-100, inclusive,<br><br>Defendants.<br>_____/ | No. C 08-03470 JSW<br><br>**ORDER VACATING HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions for partial summary judgment which have been noticed for hearing on June 18, 2010 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is HEREBY VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: June 15, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE