QUINTON B. CUTLIP, ESQ.  SBN 168030
CUTLIP LAW OFFICE
1244 Kirkham Street
San Francisco, CA  94122
Telephone:  (415) 350-5196
Facsimile:  (415) 564-5196

Attorneys for Plaintiffs:
MARVETIA LYNN RICHARDSON;
LATOYA NORMAN; SAMONIA NELSON-CALIP,
And LAMONA NELSON as guardian ad litem for "KC," a minor.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVETIA LYNN RICHARDSON; LATOYA NORMAN; SAMONIA NELSON-CALIP; and LAMONA NELSON as guardian ad litem for "KC," a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH; CITY OF ANTIOCH POLICE DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER SANTIAGO MARTINEZ, JR; OFFICER JASON VANDERPOOL OFFICER JASON JOANNINDES; SGT. THOMAS FUHRMANN and DOES 1 TO 100, inclusive.<br><br>Defendants. | Case No.  CIV 08 3470 - JSW<br><br>**PLAINTIFF LAMONA NELSON, guardian ad litem for KC, a minor, NOTICE OF SUBSTITUTION OF ATTORNEYS; REQUEST FOR COURT APPROVAL; and [Proposed] COURT APPROVAL** |

TO THE COURT, THE PARTIES, AND THE ATTORNEYS OF RECORD IN THIS ACTION:

**PLEASE TAKE NOTICE** that Plaintiff LAMONA NELSON, guardian ad litem for KC, a minor, hereby requests to substitute Quinton B. Cutlip, Esq. and CUTLIP LAW OFFICE as the

1
Notice of Substitution of Attorneys and Court Approval

attorney of record for minor KC in the place of MEIS & ASSOCIATES. This substitution is necessary, because attorney Fred G. Meis suffered a traumatic brain injury in May that required Meis & Associates to close and to lay off all of its staff and attorneys. Quinton Cutlip, Esq., was employed with Meis & Associates and was an attorney of record who litigated the present case on behalf of that firm. All future correspondence and pleadings should forthwith be served to the following address:

> Quinton Cutlip, Esq.
> CUTLIP LAW OFFICE
> 1244 Kirkham Street
> San Francisco, CA  94122
> Phone:  (415) 350-5196
> Facsimile (415) 564-5196

I request and consent to this substitution:
Date: July 14, 2010

_____
Lamona Nelson, guardian ad litem for KC, Plaintiff

I consent to this substitution:
Date: July 14, 2010

_____
Quinton Cutlip, for Meis & Associates
(Former Counsel)

I consent to this substitution:
Date: July 14, 2010

_____
Quinton Cutlip, for CUTLIP LAW OFFICE
(New Counsel)

**SO APPROVED:**

Date: July 15, 2010

_____
Honorable Jeffrey S. White

---

2
Notice of Substitution of Attorneys and Court Approval