QUINTON B. CUTLIP, ESQ.  SBN 168030
CUTLIP LAW OFFICE
1244 Kirkham Street
San Francisco, CA 94122
Telephone: (415) 350-5196
Facsimile: (415) 564-5196

Attorneys for Plaintiffs:
MARVETIA LYNN RICHARDSON;
LATOYA NORMAN; SAMONIA NELSON-CALIP,
And LAMONA NELSON as guardian ad litem for "KC," a minor.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVETIA LYNN RICHARDSON; LATOYA NORMAN; SAMONIA NELSON-CALIP; and LAMONA NELSON as guardian ad litem for "KC," a minor,

    Plaintiffs,

v.

CITY OF ANTIOCH; CITY OF ANTIOCH POLICE DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER SANTIAGO MARTINEZ, JR; OFFICER JASON VANDERPOOL OFFICER JASON JOANNINDES; SGT. THOMAS FUHRMANN and DOES 1 TO 100, inclusive.

    Defendants.

Case No.  CIV 08 3470 - JSW

**PLAINTIFF MARVETIA LYNN RICHARDSON'S NOTICE OF SUBSTITUTION OF ATTORNEYS; REQUEST FOR COURT APPROVAL; and [Proposed] COURT APPROVAL**

TO THE COURT, THE PARTIES, AND THE ATTORNEYS OF RECORD IN THIS ACTION:

**PLEASE TAKE NOTICE** that Plaintiff MARVETIA LYNN RICHARDSON hereby requests to substitute Quinton B. Cutlip, Esq. and CUTLIP LAW OFFICE as her attorney of

---

1

Notice of Substitution of Attorneys and Court Approval

1  record in the place of MEIS & ASSOCIATES.  This substitution is necessary, because attorney
2  Fred G. Meis suffered a traumatic brain injury in May that required Meis & Associates to close
3  and to lay off all of its staff and attorneys.  Quinton Cutlip, Esq., was employed with Meis &
4  Associates and was an attorney of record who litigated the present case on behalf of that firm.  All
5  future correspondence and pleadings should forthwith be served to the following address:

Quinton Cutlip, Esq.
CUTLIP LAW OFFICE
1244 Kirkham Street
San Francisco, CA  94122
Phone:  (415) 350-5196
Facsimile (415) 564-5196

I request and consent to this substitution:
Date: July 10, 2010

_____
Marvetia Lynn Richardson, Plaintiff

I consent to this substitution:
Date: July 12, 2010

_____
Quinton Cutlip, for Meis & Associates
(Former Counsel)

I consent to this substitution:
Date: July 12, 2010

_____
Quinton Cutlip, for CUTLIP LAW OFFICE
(New Counsel)

**SO APPROVED:**

Date: July 15, 2010

_____
Honorable Jeffrey S. White

2
Notice of Substitution of Attorneys and Court Approval