1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   McNAMARA, NEY, BEATTY, SLATTERY,
    BORGES & BROTHERS LLP
3   1211 Newell Avenue
    Post Office Box 5288
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile:  (925) 939-0203

6   Attorneys for Defendants
    CITY OF ANTIOCH; CITY OF ANTIOCH POLICE
7   DEPARTMENT; POLICE CHIEF JAMES HYDE; OFFICER
    SANTIAGO MARTINEZ, JR.; OFFICER JASON
8   VANDERPOOL; OFFICER JASON JOANNINDES; SGT.
    THOMAS FUHRMANN
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  MARVETIA LYNN RICHARDSON;          Case No. C08-3470 JSW
    LATOYA NORMAN; SAMONIA
14  NELSON-CALIP; and LAMONA           **STIPULATION AND [PROPOSED]
    NELSON as guardian ad litem for "KC", a   ORDER FOR DISMISSAL OF ENTIRE
15  minor,                             ACTION, WITH PREJUDICE, PER FRCP
                                       41(A)(1)**
16          Plaintiffs,

17      vs.

18  CITY OF ANTIOCH; CITY OF
    ANTIOCH POLICE DEPARTMENT;
19  POLICE CHIEF JAMES HYDE;
    OFFICER SANTIAGO MARTINEZ, JR.;
20  OFFICER JASON VANDERPOOL;
    OFFICER JASON JOANNINDES; SGT.
21  THOMAS FUHRMANN and DOES 1 to
    100, inclusive,
22
            Defendants.
23

24                      **STIPULATION**

25          IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARVETIA

26  LYNN RICHARDSON; LATOYA NORMAN; SAMONIA NELSON-CALIP; and LAMONA

27  NELSON as guardian ad litem for "KC", who was a minor when this action was filed and

28  Defendants CITY OF ANTIOCH; CITY OF ANTIOCH POLICE DEPARTMENT; POLICE

    STIPULATION AND [PROPOSED] ORDER FOR
    DISMISSAL OF ENTIRE ACTION, WITH
    PREJUDICE, PER FRCP 41(a)(1)

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  CHIEF JAMES HYDE; OFFICER SANTIAGO MARTINEZ, JR.; OFFICER JASON

2  VANDERPOOL; OFFICER JASON JOANNIDES; SGT. THOMAS FUHRMANN, through

3  their attorneys, that the Plaintiffs' above-captioned action is hereby dismissed WITH

4  PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "KC",

5  who was a minor when this action was filed, turned eighteen years old on ~~January~~ July 20, 2010. (See

6  Declaration of "KC"). Each party to bear their own fees and costs. The appeal in the above

7  referenced matter, Case Number 10-16678 has been dismissed by stipulation of the parties.

8      IT IS SO STIPULATED.

9  Dated: December 21, 2010          By: _____

10                                        Quinton Cutlip
                                         Attorney for Plaintiffs

11

12  Dated: December 2/, 2010          By: _____

13                                        James V. Fitzgerald, III
                                         Attorney for Defendants

14

15                          **ORDER**

16      PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERD THAT:  Good cause

17  appearing, the above-captioned action is hereby dismissed WITH PREJUDICE in its entirety

    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party to bear their own fees and

18  costs.

19

20

21      IT IS SO ORDERED.

22

23  Dated: January 3, 2011 . ~~2010~~    _____

24                                        Honorable Jeffrey S. White
                                         United States District Court Judge

25

26

27

28

I, KC, declare:

1.     I am over the age of 18 years and I make this declaration based upon my own personal knowledge. If called to testify to the information in this declaration, I can and will do so.

2.     I am a plaintiff in the case of *Richardson, et al. v. City of Antioch, et al.* (Case no. C08-3470 JSW).

3.     At the time of the incident and my arrest by the Antioch Police Department, I was a minor. I have been advised by my attorney to continue using my initials to protect my privacy in my arrest record. My signature below, however, is my complete signature.

4.     I was born on July 20, 1992. On July 20, 2010, I turned 18 years old.

5.     I made my decision to settle my portion of this case during a mediation with a mediator from the Ninth Circuit Court of Appeals. The mediation was held on November 22, 2010, after I turned 18. I made my own decision to settle my portion of the case.


I declare under the penalty of perjury, according to the laws of the State of California and the United States, that the foregoing is true and correct.


Dated:  December 28, 2010            By: _____
                                         KC

Declaration of KC in Support of Request for Dismissal